

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00548-CV

———————————————

IN RE CONGHUA YAN, Relator

Original Proceeding
360th District Court of Tarrant County, Texas
Trial Court No. 325-707596-21

Before Bassel, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and real party in interest's response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

We hereby lift our October 21, 2025 stay of the trial court's hearing on the receiver's motion to confirm the sale of real property.

Real party in interest's motions to strike improper correspondence and to prohibit future filings is denied. We will carry the real party in interest's motions for sanctions under Texas Rule of Appellate Procedure 52.11 for future reconsideration as warranted in this case.

Per Curiam

Delivered: October 31, 2025